UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Lucia T. Gedo                      Case No. 15-17362-RAM

    Debtor.                          Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 23, 2015 the instant case was filed.

2. Debtor's First Amended Chapter 13 plan was confirmed on August 19, 2015.

3. Debtor participated in the Loan Modification Mediation program and her modification was denied.

4. The mediator issued a final report on September 18, 2015.

5. Debtor desires to modify her plan in order to cure and maintain her homestead property and save her homestead.

6. The undersigned spoke with a representative of the lender who advised the undersigned that the total remaining arrearage as of May 4, 2016 was $49,223.40.

7. The Debtor is filing the modified plan to take into account the actual arrearage which is less than the proof of claim that was filed at $60,718.20.

8. Furthermore, since the Debtor is proposing to pay 100% of all timely-filed allowed unsecured claims yet no unsecured claims have been filed by the bar date, the Debtor is also amending her plan to pay $0.00 to unsecured creditors since no unsecured creditors have filed claims.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161