# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st modified plan

DEBTOR: Lucia Gedo                JOINT DEBTOR:                        CASE NO.: 15-17362-RAM
Last Four Digits of SS# 7697        Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1531.33 for months 1 to 12; in order to pay the following creditors:
    B.    $ 2151.62 for months 13 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $2500 (MMM) + $525 (Motion to modify) =$6675 TOTAL
    PAID $ 1500   Balance Due $ 5175 payable $ 77.50/month (Months 1 to 12)
    payable $ 88.44/month (Months 13 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America
Address: 1800 Tapo Canyon Rd            Total arrears as of Motion to Modify: $49,223.40
Simi Valley, CA 93063                   MMM Payment      $ 1240.51   /month (Months 1 to 12)
Account No: xxxx6236                    Arrears Payment $ 1025.49    /month (Months 13 to 60)
                                        Regular Payment $ 822.53 /month (Months 13 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $ 
                           Payable    $_____/month (Months____to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Avila South Condo Association and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. Other than the secured mortgage lender, no other creditors have filed timely proofs of claims. The debtor has filed a Verified Motion for Referral to MMM with __Bank of America (servicer for Citimortgage)_____("Lender"), loan number ___xxxx6236_____, for real property located at _210 172 street #527, Sunny Isles Beach, FL 33160___. The Debtor did not reach an agreement in the court's MMM program and is now seeking to cure and maintain to the Lender's filed proof of claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for the Debtor                     Joint Debtor
Date: 5/4/2016                              Date:

LF-31 (rev. 01/08/10)