UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 15-17362-BKC-RAM
PROCEEDING UNDER CHAPTER 13

LUCIA TERESA GEDO

DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on FEBRUARY 25, 2020.

                                  NANCY K. NEIDICH, ESQUIRE
                                  STANDING CHAPTER 13 TRUSTEE
                                  P.O. BOX 279806
                                  MIRAMAR, FL  33027-9806

                                  By: /s/_____
                                  ☐ Adisley Cortez-Rodriguez, Esq.
                                     FLORIDA BAR NO: 0091727
                                  ☐ Amy Carrington, Esq.
                                     FLORIDA BAR NO: 101877
                                  ☐ Jose Ignacio Miceli, Esq.
                                     FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 15-17362-BKC-RAM

# **CERTIFICATE OF SERVICE**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
LUCIA TERESA GEDO
210 172 STREET #527
SUNNY ISLES BEACH, FL  33160-3436

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
01/21/2020 TUE 15:52    FAX 9544434452              CH13MIAMI FAX                    ☒001
```

```
                        **********************
                        *** FAX TX REPORT ***
                        **********************

                            TRANSMISSION OK

            JOB NO.                  2648
            DESTINATION ADDRESS      13055129701
            SUBADDRESS
            DESTINATION ID           Sanchez, Robert
            ST. TIME                 01/21 15:51
            TX/RX TIME               00'35
            PGS.                     1
            RESULT                   OK
```

## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, FL 33027
(954) 443-4402
Fax (954) 443-4452

DATE: 1·21·20

TO: Robert Sanchez, Esq.

FROM: KAREN BEST, CLOSING AUDITOR

RE: 15-17362 Jedo

This case is about to close. The closing audit has revealed the following problems which must be resolved before our office can recommend a discharge. Please contact your client and inform them if applicable. Your prompt attention to this matter is appreciated. *

Cl 1 Citimortgage.

The proof of claim still needs to be addressed because they did not amend their claim to conform to the amount you