**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  CASE NO.: 15-17362-BKC-RAM
PROCEEDING UNDER CHAPTER 13

LUCIA TERESA GEDO

## NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to May 12, 2020, at 9:00 am at United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss Chapter 13 Case was mailed to those parties listed below on this 25th day of March, 2020.

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
TELEPHONE: 954-443-4402


/s/ NANCY K. NEIDICH
By: NANCY K. NEIDICH

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
LUCIA TERESA GEDO
210 172 STREET #527
SUNNY ISLES BEACH, FL  33160-3436

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012