**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                    Case No.: 15-17362-RAM
                                                                                    Chapter 13

      Lucia Teresa Gedo
              Debtor(s)         /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| *1* | *CitiMortgage, Inc.* | *$166,134.39* |

Basis for Objection and Recommended Disposition

On or about August 11, 2015, Creditor filed a secured proof of claim in the amount of $166,134.39 and an arrearage in the amount of $60,718.20 for a mortgage on the Debtor's Homestead (acct. ending in xxxxx6236). The arrearages on the claim was reduced to $49,223.40 and the full amount of the arrearages were to be paid in the plan. On April 9, 2020, the Creditor confirmed that the loan was current and was due for the July 1, 2020 payment. Debtor requests the claim be allowed as filed, with reduced arrearages in the amount of $49,223.40 to accurately reflect the claim.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  June 1, 2020                                              Respectfully Submitted:
                                                                                    Robert Sanchez, P.A.
                                                                                    355 West 49th Street
                                                                                    Hialeah, FL 33012
                                                                                    Fl. Bar No. 0442161
                                                                                    Telephone: (305) 687-8008
                                                                                    E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)