# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 15-17362-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

LUCIA TERESA GEDO

DEBTOR_____/

## NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to **July 21, 2020** at **9:00 AM** by TELEPHONE. To participate call, Court Solutions (917)746-7476. If a party is unable to register online (https://www.court-solutions.com), a reservation may also be made by telephone at (917) 746-7476.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss was mailed to those parties listed on this 29th day of June, 2020.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.: 15-17362-BKC-RAM

## SERVICE LIST

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

### DEBTOR
LUCIA TERESA GEDO
210 172 STREET #527
SUNNY ISLES BEACH, FL  33160-3436

### ATTORNEY FOR DEBTOR
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.