UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Lucia Gedo

Case No: 15-17362-RAM
Chapter 13

_____ Debtor(s) _____/

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Debtor, Lucia Gedo  , files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: **Bank of America / CitiBank, N.A. / CitiMortgage, Inc.**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | **xxxxx6236** | $60,718.38 | $60,718.38 | $60,718.38 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee and directly by Debtors along with the arrearage and any post-petition mortgage fees, expenses and charges paid through the confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via

CM/ECF to: Nancy K. Neidich, PO Box 279806, Miramar, FL 33027 and via regular mail to all

parties on the service list on December 10, 2020.

Bank of America
1800 Tapo Canyon Rd
Simi Valley, CA 93063

LINDSEY SAVASTANO, ESQ.
Frenkel Lambert Weiss Weisman & Gordon, LLP
One East Broward Boulevard, Suite 1111
Fort Lauderdale, FL 33301

CitiMortgage, Inc.
P.O. Box 5170
Simi Valley, CA 93602

Citimortgage Inc
c/o Kristen Rosenthal, Esq.
One East Broward Blvd. #1430
Fort Lauderdale, FL 33301

Lucia Teresa Gedo
210 172 Street #527
Sunny Isles Beach, FL 33160-3436

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN# 0442161