**Fill in this information to identify the case:**

Debtor 1    Lucia Teresa Gedo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN  DISTRICT OF FLORIDA

Case number    15-17362

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CITIBANK, N.A.

**Court claim no.** (if known): 1

**Date of payment change:**
Must be at least 21 days after date
of this notice    07/01/2020

**Last 4 digits** of any number you use to
identify the debtor's account:    6236

**New total payment:**
Principal, interest, and escrow, if any    $ 815.71

---

**Part 1:**   **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
   the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 41.89      New escrow payment: $ 43.88

---

**Part 2:**   **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
   attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %
   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

---

**Part 3:**   **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Debtor 1    Lucia Teresa Gedo
          First Name      Middle Name      Last Name

Case number *(if known)* 15-17362

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/   Arne O'Brien
  Signature

Date 05/08/2020

Print:    Arne O'Brien

Title    Assistant Vice President

Company    Bank of America

Address    4161 Piedmont Parkyway
       Number        Street
       Greensboro, NC  27410
       City          State     ZIP Code

Contact phone    (336) 854-6308

Email    arne.obrien@BofA.com

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN  DISTRICT OF FLORIDA ( MIAMI DIVISION)

Chapter:  13  No.  15-17362

In re:                                                             Judge:  ROBERT A MARK

 Lucia Teresa Gedo

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 05/08/2020 , I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Lucia Teresa Gedo<br>210 172nd St  Apt 527<br>Sunny Isles Beach, FL 33160-3436 |
| Debtor's<br>Attorney: | ROBERT SANCHEZ, ESQ<br>355 W 49th St<br>Hialeah, FL 33012-3715 |
| Trustee: | NANCY K. NEIDICH<br>PO Box 279806<br>Miramar, FL 33027-9806 |

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com



CUSTOMER SERVICE
PO BOX 31785
TAMPA, FL  33631-3785

**Notice Date:** 04/24/2020
**Loan No.:** ▮▮▮▮▮▮▮▮
**Property Address:**    210 172ND ST APT 527
NORTH MIAMI BEACH, FL 33160

LUCIA GEDO
210 172ND ST APT 527
SUNNY ISLES BEACH    FL    33160

**LUCIA GEDO,**

Here's your Escrow Account Statement - we've made it easier to read and understand based on your feedback.

Your statement has three clear sections:

- **Section 1: Payment Details** - explains your new monthly payment
- **Section 2: Escrow History** - shows all the payments into and out of your escrow account since your last Escrow review
- **Section 3: Projected Escrow Payments** - walks you through the account activity we expect to see during the next 12 months

We hope you like the new design of your statement and thank you for trusting us with your home loan needs.



CUSTOMER SERVICE
PO BOX 31785
TAMPA, FL 33631-3785

**Escrow Account Disclosure Statement**

| | |
|---|---|
| Notice Date: | 04/24/2020 |
| Loan No.: | |
| **New Payment Effective Date:** | **07/01/2020** |
| New Payment Amount: | $815.71 |
| Property Address: | 210 172ND ST APT 527 |
| | NORTH MIAMI BEACH, FL 33160 |

LUCIA GEDO
210 172ND ST APT 527
SUNNY ISLES BEACH    FL    33160

**LUCIA GEDO,**

Every year, we review your escrow account to make sure there will be enough money to cover your tax and insurance payments for the next year. We've adjusted your monthly payment and it looks like there may be a surplus left in your account even after your taxes and/or insurance are paid. To determine if you have an actual surplus of escrow funds, we will review the account for any escrow amounts that remain unpaid from the period before your bankruptcy filing or otherwise due under the terms of your Chapter 13 plan. This adjustment is necessary to ensure your current escrow account balance truly has a surplus of funds. If your account still shows a surplus after this review and is current under the terms of your Chapter 13 plan, we'll send you a refund in accordance with applicable law.

## Explanation of Escrow Account in Bankruptcy

Our records indicate this account is subject to bankruptcy protection. We are sending this escrow statement for **informational purposes only**. It should not be construed as a demand for payment or an attempt to collect a debt or to modify the terms of any bankruptcy court order or bankruptcy plan. Please note the bankruptcy plan may provide for a trustee to remit payments for mortgage amounts due prior to and after the bankruptcy filing.

Per your loan agreement, we put part of your monthly mortgage payment into your escrow account to pay for your property taxes and insurance premiums. During the year, we make payments out of your escrow account when your tax and insurance bills come due. If your tax or insurance bills increase or decrease, how much you need to pay into your escrow account to cover those obligations will also change. This notice describes any changes needed in your monthly mortgage payment to maintain enough money in your escrow account to pay these bills. The detail information in this notice explains how your new escrow payment is calculated.

**If this is your first escrow statement after a Chapter 13 bankruptcy filing**, we performed this escrow account review as of the bankruptcy petition date and updated the new monthly escrow payment in accordance with applicable bankruptcy law. If you previously received a monthly coupon for the same due date, the payment amount below replaces that coupon, which was prepared before we had notice of the Chapter 13 bankruptcy filing.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation. Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂ © 2018 Bank of America Corporation

## New Payment Amount

Your Total Monthly Mortgage Payment is changing starting 07/01/2020.

| | Current Payment | New Payment | New Monthly Payment |
|---|---|---|---|
| **Principal and/or interest** | **$771.83** | **$771.83** | **$815.71** |
| **Monthly Escrow Payment** | **$41.89** | **$43.88** | |
| *Tax* | *$41.89* | *$43.88* | See Projected Escrow Payments Section for details |
| *Insurance* | *$0.00* | *$0.00* | |
| *Mortgage Insurance* | *$0.00* | *$0.00* | |
| *Monthly Escrow Shortage / Overage Adjustment* | *$0.00* | *$0.00* | |
| **Total Payment Amount** | **$813.72** | **$815.71** | |

### Escrow History

Here's what happened in your escrow account since our last review compared to what we projected to happen. If there were changes to your taxes and/or insurance, they're bolded and highlighted below. This may help explain why your account balance was different than what was predicted last year. We've marked your lowest minimum balances with an asterisk (*)

**If you recently filed a Chapter 13 bankruptcy, we have provided below a side-by-side comparison of your prior projected escrow account activity to the actual account activity.**

**If this is an annual escrow statement provided during your Chapter 13 bankruptcy,** then the projected escrow account activity below was performed in accordance with the terms of your Chapter 13 plan. At the same time, we also maintained a separate accounting that reflected your escrow account activity as indicated under the terms of your loan documents outside of bankruptcy (shown below under the heading "Actual"). The Actual escrow activity includes both the receipt of your regular monthly mortgage payments to escrow and any cure payments made under the terms of your Chapter 13 plan for escrow amounts due from the period before your bankruptcy filing or otherwise due under your Chapter 13 plan. Below is the side-by-side comparison of the plan projected activity to the actual activity for last year. Upon the completion of your Chapter 13 plan, if all payments due under the Chapter 13 plan are received and taxes and insurance were paid in the amounts anticipated, then the projected and actual ending balances should match. If you are unable to complete your Chapter 13 plan payments and your case is dismissed, converted to a Chapter 7 or the automatic stay is lifted, then the actual accounting shown below will be used in performing your next escrow analysis.

| Month | Payments Into Escrow | | | Payments From Escrow | | | Escrow Balances | |
|---|---|---|---|---|---|---|---|---|
| | Your Payment to Escrow | Expected Payment to Escrow | Description | What we Paid From Escrow | What we Expected to Pay From Escrow | Description | Actual Balance | Last Year's Estimated Balance |
| | | | | | | Beginning balance | **$218.95** | **$513.86** |
| 07/2019 | | $41.89 | Jul Payment | | | | $218.95 | $555.75 |
| 07/2019 | $42.13 | | Dec Payment | | | | $261.08 | $555.75 |
| 08/2019 | | $41.89 | Aug Payment | | | | $261.08 | $597.64 |
| 08/2019 | $42.13 | | Jan Payment | | | | $303.21 | $597.64 |
| 08/2019 | $42.13 | | Feb Payment | | | | $345.34 | $597.64 |
| 08/2019 | $42.13 | | Mar Payment | | | | $387.47 | $597.64 |
| 09/2019 | | $41.89 | Sep Payment | | | | $387.47 | $639.53 |
| 09/2019 | $42.13 | | Apr Payment | | | | $429.60 | $639.53 |
| 09/2019 | $42.13 | | May Payment | | | | $471.73 | $639.53 |
| 10/2019 | | $41.89 | Oct Payment | | | | $471.73 | $681.42 |
| 10/2019 | $42.13 | | Jun Payment | | | | $513.86 | $681.42 |
| 10/2019 | $41.89 | | Jul Payment | | | | $555.75 | $681.42 |
| 10/2019 | $41.89 | | Aug Payment | | | | $597.64 | $681.42 |
| 10/2019 | $41.89 | | Sep Payment | | | | $639.53 | $681.42 |
| 11/2019 | $41.89 | $41.89 | Nov Payment | **$526.51** | **$502.71** | County taxes | **$154.91\*** | **$220.60\*** |
| 11/2019 | $41.89 | | Oct Payment | | | | $196.80 | $220.60 |
| 12/2019 | $41.89 | $41.89 | Dec Payment | | | | $238.69 | $262.49 |
| 12/2019 | $41.89 | | Jan Payment | | | | $280.58 | $262.49 |
| 01/2020 | | $41.89 | Jan Payment | | | | $280.58 | $304.38 |
| 01/2020 | $41.89 | | Feb Payment | | | | $322.47 | $304.38 |
| 01/2020 | $41.89 | | Mar Payment | | | | $364.36 | $304.38 |
| 02/2020 | | $41.89 | Feb Payment | | | | $364.36 | $346.27 |
| 02/2020 | $41.89 | | Apr Payment | | | | $406.25 | $346.27 |
| 02/2020 | $41.89 | | May Payment | | | | $448.14 | $346.27 |
| 03/2020 | | $41.89 | Mar Payment | | | | $448.14 | $388.16 |
| 03/2020 | $41.89 | | Jun Payment | | | | $490.03 | $388.16 |
| 04/2020 | | $41.89 | Apr Payment | | | | $490.03 | $430.05 |
| 05/2020 | | $41.89 | May Payment | | | | $490.03 | $471.94 |
| 06/2020 | | $41.89 | Jun Payment | | | | $490.03 | $513.83 |

Section 2 continued

| Month | Payments Into Escrow | | | Payments From Escrow | | | Escrow Balances | |
| | Your Payment to Escrow | Expected Payment to Escrow | Description | What we Paid From Escrow | What we Expected to Pay From Escrow | Description | Actual Balance | Last Year's Estimated Balance |
|---|---|---|---|---|---|---|---|---|
| **Total** | $797.59 | **$502.68** | | $526.51 | $502.71 | Ending balance | $490.03 | $513.83 |

| Summary of Escrow Payments | Actual | Expected |
|---|---|---|
| **Total Payments Into Escrow** | **$797.59** | **$502.68** |
| *Monthly Payments* | $797.59 | $502.68 |
| **Total Payments From Escrow** | **$526.51** | **$502.71** |
| *Taxes* | $526.51 | $502.71 |

This estimate assumes you'll make the scheduled payments shown above.

## Projected Escrow Payments

Here's a summary of what we expect to happen in your escrow account over the next year. We used this information to estimate your new monthly payment.

| | |
|---|---|
| County taxes | $526.51 |
| **Total Expected Escrow Disbursements:** | **$526.51** |

To estimate your monthly escrow payment, we total the expected payments to tax and/or insurance and divide by 12 months: **$526.51/12 = $43.88**

### Your estimated escrow account payments over the next 12 months

The numbers in this table assume your scheduled mortgage payments will be made. The Post-Petition Beginning and Ending balances referenced in the chart below are projected balances, which assume all payments due under your bankruptcy plan will be made, including regularly scheduled mortgage payments due after the bankruptcy filing and payments to cure amounts due prior to the bankruptcy filing.

| Month | Your Payment to Escrow | Tax Payment(s) | Insurance Payment(s) | Mortgage Insurance (MIP/PMI) Payment(s) | Expected Escrow Balance |
|---|---|---|---|---|---|
| **Post petition beginning balance** | | | | | **$490.03** |
| 07/2020 | $43.88 | $0.00 | $0.00 | $0.00 | $533.91 |
| 08/2020 | $43.88 | $0.00 | $0.00 | $0.00 | $577.79 |
| 09/2020 | $43.88 | $0.00 | $0.00 | $0.00 | $621.67 |
| 10/2020 | $43.88 | $0.00 | $0.00 | $0.00 | $665.55 |
| 11/2020 | $43.88 | $526.51 | $0.00 | $0.00 | **$182.92** |
| 12/2020 | $43.88 | $0.00 | $0.00 | $0.00 | $226.80 |
| 01/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $270.68 |
| 02/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $314.56 |
| 03/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $358.44 |
| 04/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $402.32 |
| 05/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $446.20 |
| 06/2021 | $43.88 | $0.00 | $0.00 | $0.00 | $490.08 |
| **Post petition ending balance** | | | | | **$490.08** |

**Based on this year's review, your escrow account has a potential overage of $95.52.** This was calculated based on the lowest projected balance which is bolded in the table above.

Since your projected minimum balance is higher than the required minimum balance, your account has a potential overage. Using your Post-Petition Beginning balance, the projections above reflect that your Lowest Projected Balance (LPB) exceeds the required minimum balance and that there is a potential overage. However, your Lowest Projected Balance (LPB) assumes that you are current in making payments that were due after your bankruptcy filing and that you have paid all escrow amounts due from the period before your bankruptcy filing. If you still have several months or years prior to the completion of your Chapter 13 plan, then you may not have an actual overage. To determine if you have an actual overage of escrow funds, Bank of America, N.A. will adjust the potential overage to account for any escrow amounts that remain unpaid from the period before your bankruptcy filing or otherwise due under the terms of your Chapter 13 plan. This adjustment is necessary to ensure your current escrow account balance has a surplus of funds. If your account still shows an overage and is current under the terms of your Chapter 13 plan, we'll send you a refund in accordance with applicable law. The required minimum balance (which is also sometimes called a cushion), may include up to two months of escrow payments (not including your mortgage insurance) to help cover increases to your taxes and homeowner's insurance. **Your account's current cushion is $87.40.**

| | |
|---|---|
| Projected Minimum Balance | $182.92 |
| *minus* | |
| Required Minimum Balance | $87.40 |
| **Escrow Overage Amount** | **$95.52** |

Please let us know if you have any questions. You can call us at 800-669-6607, Monday-Friday 8a.m. to 9p.m. ET. You can review your account anytime at www.bankofamerica.com.

## FREQUENTLY ASKED QUESTIONS

**Q:  Why am I getting this Escrow Account Disclosure Statement?**
A:  We want to make sure you understand any payment changes. Your escrow payment amount for the upcoming year may change due to increased or decreased taxes and/or insurance. This statement provides details about any payment changes.

**Q:  What is an Escrow Analysis?**
A:  We do an Escrow Analysis at least once a year to determine if the amount of money in your escrow account is enough for next year's expected tax and/or insurance payments.

**Q:  What are the most common reasons for my escrow payment change?**
A:  The most common reasons for a payment change are changes to your property taxes and/or insurance premiums.

**Q:  What is an Escrow Overage?**
A:  An Escrow Overage happens when our Escrow Analysis shows you've got more money in your escrow account than the required minimum balance. To determine if you have an actual overage of escrow funds, Bank of America, N.A. will adjust the potential overage to account for any escrow amounts that remain unpaid from the period before your bankruptcy filing or otherwise due under the terms of your Chapter 13 plan. This adjustment is necessary to ensure your current escrow account balance has a surplus of funds. If your account still shows an overage and is current under the terms of your Chapter 13 plan, we'll send you a refund in accordance with applicable law.

**Q:  What is an Escrow Shortage?**
A:  An Escrow Shortage happens when our Escrow Analysis shows there's not enough money in your account to meet the required minimum balance. We'll adjust your monthly payment to make up the shortage or, if you prefer, you can cover the shortage by making a one-time payment.

**Q:  What is a Required Minimum Balance?**
A:  The required minimum balance is the smallest amount of money you can have in your account at any time during the year. The required minimum balance, also called a cushion, may include up to two months of escrow payments minus mortgage insurance to cover potential increases to your taxes and homeowner's insurance.

**Q:  Who should I contact about tax or insurance changes that increased my monthly escrow payment?**
A:  Contact your local tax authority or insurance agent with questions about any tax or insurance payment changes.

**Q:  Can I include the total Escrow Shortage amount with my monthly mortgage payment?**
A:  You have the option to pay the balance in full or to spread it over the next 12 months. If you choose to pay the escrow shortage in full, the escrow shortage amount must be sent separately, along with the payment coupon Included with this statement.

**Q:  Do I need to take any actions if I have recurring mortgage payments scheduled through an online bill payment service?**
A:  Yes. The payment amount will not update automatically. If you make recurring payments from a Bank of America account, visit Online Banking to update the amount of any scheduled payments in Transfers, Bill Pay or Mortgage Pay on the Web. For payments made through another institution, please follow their process for changing your payment amount.