**Fill in this information to identify the case:**

Debtor 1  LUCIA TERESA GEDO

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: Southern District of FLORIDA (State)

Case number 15-17362

# Form 4100R
## Response to Notice of Final Cure payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: CITIBANK, N.A.

Court claim no. (if known): 1

Last 4 digits of any number you use to identify the debtor's account: 6 2 3 6

Property Address: 210  172ND ST APT 527
                  Number   Street

NORTH MIAMI BEACH    FL    33160-0000
City                 State  ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  03/01/2021
                                                              MM/DD/YYYY

☐ Creditor states that the debtors(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                   (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $_____

c. **Total.** Add lines a and b.                                              (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
                                                                            MM/DD/YYYY

Form 4100R – Cure Response Form Page 2

Debtor 1: LUCIA TERESA GEDO (First Name / Middle Name / Last Name)

Case number (if known): 15-17362

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: ✗ /s/ Lindsey Savastano

Date: 12 / 24 / 2020

Print: Lindsey Savastano (First Name / Middle Name / Last Name)

Title: Attorney for Creditor

Company: Frenkel Lambert Weiss Weisman & Gordon, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: One East Broward Boulevard, Suite 1111 (Number / Street)

Fort Lauderdale, FL 33301 (City / State / Zip Code)

Contact phone: (954) 522 - 3233

Email: LSavastano@flwlaw.com

Case No:   15-17362-RAM

# UNITED STATES BANKRUPTCY COURT

### Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: <u>December 24, 2020</u>

**MAILING LIST**

*Attorney for Debtor*
**Robert Sanchez, Esq.**
355 W 49 St., Hialeah, FL 33012

*Debtor*
**Lucia Teresa Gedo**
210 172 Street #527, Sunny Isles Beach, FL 33160-3436

*Trustee*
**Nancy K. Neidich**
POB 279806, Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
One East Broward Boulevard, Suite 1111
Fort Lauderdale, FL  33301
Phone: 954-522-3233 x1639
Fax: 954-200-7770
Email: LSavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
Florida Bar No. 57079

04-070185-B02